# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LIESL LANE, Individually and as
Special Administratrix of the Estate
of Norman Lane, Deceased                                    PLAINTIFF

v.                          No. 3:17-cv-1-DPM

XPO LOGISTICS MANUFACTURING,
INC.; DAVID G. MINYARD; and
JOHN DOES 1-10                                              DEFENDANTS

## ORDER

1. Liesl Lane has accepted appointment as Special Administratrix of the Estate of Norman Lane, Deceased. She asks to be substituted for him as a party. № 17. Defendants have informally advised the Court that they do not oppose the motion. It's granted. Motion, № 15, denied as moot.

2. The parties need more time to complete discovery. But their extension requests take us to the current trial date. And the case is fifth-out on that date. Therefore the trial will be moved. Motion, № 18, granted as modified. An Amended Final Scheduling Order, re-setting the case for trial on 10 June 2019, will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 February 2018