IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LIESL LANE, Individually and as
Special Administratrix of the Estate
of Norman Lane, Deceased                                    PLAINTIFF

v.                      No. 3:17-cv-1-DPM

XPO LOGISTICS MANUFACTURING,
INC.; DAVID G. MINYARD; and
JOHN DOES 1–10                                             DEFENDANTS

## ORDER

The parties have advised the Court that they have settled. See attached. Congratulations. The Amended Final Scheduling Order, № 20, is suspended. Status report on probate court approval and workers' compensation lien due by 9 July 2018.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 May 2018



May 8, 2018

Honorable D. Price Marshall
Richard Sheppard Arnold
600 West Capitol Avenue; Room B155
Little Rock, AR 72201-3325

  **Re:**  *Liesl Lane, Special Adm'x of Estate of Norman Lane and Liesl Lane v. XPO Logistics Manufacturing, Inc., and David G. Minyard*
United States District Court Eastern District of Arkansas Jonesboro Division
3:CV:No. 2017-1

Dear Judge Marshall:

I am pleased to report that the parties settled this matter during a mediation conducted by Jim Tilley on Friday afternoon. Unfortunately, Mr. Lane died of Lung Cancer in October. We will go through the Crittenden County Probate Court to have the personal injury approved and obtain permission for the Special Administratrix to execute the release.

We may have an issue with the workers compensation carrier. They have indicated that they are claiming subrogation interest. However, they have not intervened in this case. We will request a "Made Whole" hearing if they decide to proceed with their claim.

Please let us know if you have any questions.

                                                Sincerely,

                                                Jim Jackson

JRJ/jp
cc:    Brooks Kostakis; Esquire

JIM JACKSON Attorney at Law

700 W. Broadway Street; Suite 2
North Little Rock, AR 72114-5528   •   501.823.3610   •   Jim@JimJacksonAtty.com   •   www.JimJacksonAtty.com