IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LIESL LANE, Individually and as
Special Administratrix of the Estate
of Norman Lane, Deceased                                            PLAINTIFF

v.                          No. 3:17-cv-1-DPM

XPO LOGISTICS MANUFACTURING,
INC.; DAVID G. MINYARD; and
JOHN DOES 1–10                                                      DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction for one year to oversee any settlement-related issues.

_____
D.P. Marshall Jr.
United States District Judge

29 May 2018